# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---

The Alaris Group, Inc.

                Plaintiff,

v.

Alaris Health, LLC; Sub Acute Rehabilitation
Center at Kearny, LLC d/b/a Alaris Health at
Belgrove; Palisades Operations LLC d/b/a
Alaris Health at Boulevard East; Castle Hill
Healthcare Providers, LLC d/b/a Alaris Health
at Castle Hill; CG Healthcare, LLC d/b/a
Alaris Health at Cedar Grove; Irvington
Healthcare Providers, LLC d/b/a Alaris Health
at Essex; Hamilton Park Opco, LLC d/b/a
Alaris Health at Hamilton Park; Jersey City
Healthcare Providers, LLC d/b/a Alaris Health
at Harbor View; Stevens Avenue Healthcare
Center, LLC d/b/a Alaris Health at Jersey City;
West Hudson Sub Acute Care Center, LLC
d/b/a Alaris Health at Kearny; Rahway
Healthcare, LLC d/b/a Alaris Health at
Riverton; Parkway Healthcare, LLC d/b/a
Alaris Health at Rochelle Park; South Center
Street Nursing Home, LLC d/b/a Alaris Health
at St. Mary's; Hamilton Park Atrium Opco,
LLC d/b/a Alaris Health at the Atrium; St.
Cloud Rochelle Park, LLC d/b/a Alaris Health
at the Chateau; Secaucus Healthcare Center,
LLC d/b/a Alaris Health at the Fountains; St
Cloud Operations LLC d/b/a Alaris Health at
West Orange; Alaris Health Dialysis at Essex,
LLC d/b/a Alaris Health Dialysis at Essex;
Hamilton Park Dialysis Opco, LLC d/b/a
Alaris Health Dialysis at Hamilton Park; Care
Connection Rahway, LLC

                Defendants.

---

**Case: _____**

**COMPLAINT**
**(Demand for Jury Trial)**

1

Plaintiff The Alaris Group, Inc., 5001 American Boulevard West, Suite 405, Bloomington, MN ("Plaintiff"), by and through its attorneys, Budd Larner P.C., for its Complaint against Defendants Alaris Health, LLC, 35 Journal Square, Plaza Suite 1103, Jersey City, NJ; Sub Acute Rehabilitation Center at Kearny, LLC d/b/a Alaris Health at Belgrove, 195 Belgrove Drive, Kearny, NJ; Palisades Operations LLC d/b/a Alaris Health at Boulevard East, 6819 Boulevard East, Guttenberg, NJ; Castle Hill Healthcare Providers, LLC d/b/a Alaris Health at Castle Hill, 615 23rd Street, Union City, NJ; CG Healthcare, LLC d/b/a Alaris Health at Cedar Grove, 110 Grove Avenue, Cedar Grove, NJ; Irvington Healthcare Providers, LLC d/b/a Alaris Health at Essex, 155 40th Street, Irvington, NJ; Hamilton Park Opco, LLC d/b/a Alaris Health at Hamilton Park, 525 Monmouth Street, Jersey City, NJ; Jersey City Healthcare Providers, LLC d/b/a Alaris Health at Harbor View, 178-198 Ogden Avenue, Jersey City, NJ; Stevens Avenue Healthcare Center, LLC d/b/a Alaris Health at Jersey City, 198 Stevens Avenue, Jersey City, NJ; West Hudson Sub Acute Care Center, LLC d/b/a Alaris Health at Kearny, 206 Bergen Avenue, Kearny, NJ; Rahway Healthcare, LLC d/b/a Alaris Health at Riverton, 1777 Lawrence Street, Rahway, NJ; Parkway Healthcare, LLC d/b/a Alaris Health at Rochelle Park, 96 Parkway, Rochelle Park, NJ; South Center Street Nursing Home, LLC d/b/a Alaris Health at St. Mary's, 135 South Center Street, Orange, NJ; Hamilton Park Atrium Opco, LLC d/b/a Alaris Health at the Atrium, 350 Ninth Street, Jersey City, NJ; St. Cloud Rochelle Park, LLC d/b/a Alaris Health at the Chateau, 96 Parkway, Rochelle Park, NJ; Secaucus Healthcare Center, LLC d/b/a Alaris Health at the Fountains, 595 County Avenue, Secaucus, NJ; St Cloud Operations LLC d/b/a Alaris Health at West

Orange, 5 Brook End Drive, West Orange, NJ; Alaris Health Dialysis at Essex, LLC d/b/a Alaris Health Dialysis at Essex, 155 40th Street, Irvington, NJ; Hamilton Park Dialysis Opco, LLC d/b/a Alaris Health Dialysis at Hamilton Park, 328 Ninth Street, Jersey City, NJ; and Care Connection Rahway, LLC, 865 Stone Street, Rahway, NJ (collectively, the "Defendants"), alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

## PRELIMINARY STATEMENT

1.      This is an action for infringement of Plaintiff's federally-registered service mark ALARIS®, brought under 15 U.S.C. § 1114(1); for  unfair competition stemming from false designation of origin and false descriptions brought under 15 U.S.C. § 1125(a); for dilution brought under 15 U.S.C. § 1125(c); for contributory service mark infringement, brought under the Lanham Act as construed by the courts; and for substantial and related claims of unfair competition and dilution brought under the statutory and common law of New Jersey. All of Plaintiff's claims arise from Defendants' unauthorized use of the ALARIS® mark in connection with the marketing, advertising, promotion, offering for sale, and/or sale of Defendants' medical services.

2.      Plaintiff seeks injunctive and monetary relief.

## JURISDICTION

3.      This court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 in that Plaintiff's claims arise under the Lanham Act; 28 U.S.C. § 1331 in that this action arises under federal law; and 28 U.S.C. § 1338 in that the matter arises under the Lanham Act, and pursuant to the principles of supplemental jurisdiction under 28 U.S.C. § 1367.

## VENUE

4.     Venue is proper in this district under 28 U.S.C. § 1391(b)(1) in that all the Defendants reside in this district, and under 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this district.

## THE PARTIES

5.     Plaintiff The Alaris Group, Inc. is a Minnesota corporation with its principal place of business located at 5001 American Boulevard West, Suite 405, Bloomington, MN. Plaintiff is a leading healthcare management firm specializing in workers' compensation case management, and operates in all 50 states through a national network of registered nurses and other health care professionals.

6.     Upon information and belief, Defendant Alaris Health, LLC ("Alaris Health") is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 35 Journal Square, Plaza Suite 1103, Jersey City, NJ.  Prior to December 21, 2012, Defendant operated under the name Omni Health Systems.

7.     Upon information and belief, Defendant Sub Acute Rehabilitation Center at Kearny, LLC d/b/a Alaris Health at Belgrove ("Alaris Health at Belgrove"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 195 Belgrove Drive, Kearny, NJ.  Upon information and belief, Alaris Health at Belgrove operates a health center located 195 Belgrove Drive, Kearny, NJ.

4

8.      Upon information and belief, Defendant Palisades Operations LLC d/b/a Alaris Health at Boulevard East ("Alaris Health at Boulevard East"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 6819 Boulevard East, Guttenberg, NJ.  Upon information and belief, Alaris Health at Boulevard East operates a health center located at 6819 Boulevard East, Guttenberg, NJ.

9.      Upon information and belief, Defendant Castle Hill Healthcare Providers, LLC d/b/a Alaris Health at Castle Hill ("Alaris Health at Castle Hill"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 615 23rd Street, Union City, NJ.  Upon information and belief, Alaris Health at Castle Hill operates a health center located at 615 23rd Street, Union City, NJ.

10.      Upon information and belief, Defendant CG Healthcare, LLC d/b/a Alaris Health at Cedar Grove ("Alaris Health at Cedar Grove"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 110 Grove Avenue, Cedar Grove, NJ.  Upon information and belief, Alaris Health at Cedar Grove operates a health center located at 110 Grove Avenue, Cedar Grove, NJ.

11.      Upon information and belief, Defendant Irvington Healthcare Providers, LLC d/b/a Alaris Health at Essex ("Alaris Health at Essex"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of

business located at 155 40th Street, Irvington, NJ.  Upon information and belief, Alaris

Health at Essex operates a health center located at 155 40th Street, Irvington, NJ.

12.     Upon information and belief, Hamilton Park Opco, LLC d/b/a Alaris Health

at Hamilton Park ("Alaris Health at Hamilton Park"), is a limited liability company

formed under the laws of the State of New Jersey with its principal place of business

located at 525 Monmouth Street, Jersey City, NJ.  Upon information and belief, Alaris

Health at Hamilton Park operates a health center located at 525 Monmouth Street, Jersey

City, NJ.

13.     Upon information and belief, Jersey City Healthcare Providers, LLC d/b/a

Alaris Health at Harbor View ("Alaris Health at Harbor View"), is a limited liability

company formed under the laws of the State of New Jersey with its principal place of

business located at 178-198 Ogden Avenue, Jersey City, NJ.  Upon information and

belief, Alaris Health at Harbor View operates a health center located at 178-198 Ogden

Avenue, Jersey City, NJ.

14.     Upon information and belief, Stevens Avenue Healthcare Center, LLC

d/b/a Alaris Health at Jersey City ("Alaris Health at Jersey City"), is a limited liability

company formed under the laws of the State of New Jersey with its principal place of

business located at 198 Stevens Avenue, Jersey City, NJ.  Upon information and belief,

Alaris Health at Jersey City operates a health center located at 198 Stevens Avenue,

Jersey City, NJ.

15.     Upon information and belief, West Hudson Sub Acute Care Center, LLC

d/b/a Alaris Health at Kearny ("Alaris Health at Kearny"), is a limited liability company

formed under the laws of the State of New Jersey with its principal place of business located at 206 Bergen Avenue, Kearny, NJ.  Upon information and belief, Alaris Health at Kearny operates a health center located at 206 Bergen Avenue, Kearny, NJ.

16.    Upon information and belief, Defendant Rahway Healthcare, LLC d/b/a Alaris Health at Riverton ("Alaris Health at Riverton"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 1777 Lawrence Street, Rahway, NJ. Upon information and belief, Alaris Health at Riverton operates a health center located at 1777 Lawrence Street, Rahway, NJ.

17.    Upon information and belief, Defendant Parkway Healthcare, LLC d/b/a Alaris Health at Rochelle Park ("Alaris Health at Rochelle Park"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 96 Parkway, Rochelle Park, NJ.  Upon information and belief, Alaris Health at Rochelle Park operates a health center located at 96 Parkway, Rochelle Park, NJ.

18.    Upon information and belief, Defendant South Center Street Nursing Home, LLC d/b/a Alaris Health at St. Mary's ("Alaris Health at St. Mary's"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 135 South Center Street, Orange, NJ.  Upon information and belief, Alaris Health at St. Mary's operates a health center located at 135 South Center Street, Orange, NJ.

19.    Upon information and belief, Defendant Hamilton Park Atrium Opco, LLC d/b/a Alaris Health at the Atrium ("Alaris Health at the Atrium"), is a limited liability

company formed under the laws of the State of New Jersey with its principal place of business located at 350 Ninth Street, Jersey City, NJ.  Upon information and belief, Alaris Health at the Atrium operates a health center located at 350 Ninth Street, Jersey City, NJ.

20.    Upon information and belief, Defendant St Cloud at Rochelle Park, LLC d/b/a Alaris Health at the Chateau ("Alaris Health at the Chateau"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 96 Parkway, Rochelle Park, NJ.  Upon information and belief, Alaris Health at the Chateau operates a health center located at 96 Parkway, Rochelle Park, NJ.

21.    Upon information and belief, Defendant Secaucus Healthcare Center, LLC d/b/a Alaris Health at the Fountains ("Alaris Health at the Fountains"), is a limited liability company formed under the laws of the State of New Jersey with its principle place of business located at 595 County Avenue, Secaucus, NJ.  Upon information and belief, Alaris Health at the Fountains operates a health centers located at 595 County Avenue, Secaucus, NJ and 505 County Avenue, Secaucus, NJ

22.    Upon information and belief, Defendant St Cloud Operations LLC d/b/a Alaris Health at West Orange ("Alaris Health at West Orange"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 5 Brook End Drive, West Orange, NJ.  Upon information and belief, Alaris Health at West Orange operates a health center located at 5 Brook End Drive, West Orange, NJ.

23.     Upon information and belief, Defendant Alaris Health Dialysis at Essex, LLC, d/b/a Alaris Health Dialysis at Essex ("Alaris Health Dialysis at Essex") is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 155 40th Street, Irvington, NJ.  Upon information and belief, Alaris Health Dialysis at Essex operates a health center located at 155 40th Street, Irvington, NJ.

24.     Upon information and belief, Hamilton Park Dialysis Opco, LLC d/b/a Alaris Health Dialysis at Hamilton Park ("Alaris Health Dialysis at Hamilton Park"), is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 328 Ninth Street, Jersey City, NJ.   Upon information and belief, Alaris Health Dialysis at Hamilton Park operates a health center located at 328 Ninth Street, Jersey City, NJ.

25.     Upon information and belief, Defendant Care Connection Rahway, LLC ("Care Connection") is a limited liability company formed under the laws of the State of New Jersey with its principal place of business located at 865 Stone Street, Rahway, NJ. Upon information and belief, Care Connection operates a health center located at 865 Stone Street, Rahway, NJ.  Care Connection is listed as a member health center on the Alaris Health website and advertises its services on that site, thereby identifying itself as part of the Alaris Health network of member health centers.

# FACTS

Plaintiff and its ALARIS® Mark

26.     Plaintiff is the nation's premier healthcare management firm, specializing in workers' compensation case management.  Plaintiff's national network of registered nurses and other professionals ensures the delivery of and provides high-quality treatment so injured workers can enjoy a positive health outcome and a successful return to work.

27.     Plaintiff's case management services include planning, implementing, coordinating and evaluating the options and services required to meet an individual's healthcare needs.  Case managers coordinate provider appointments, attend appointments, facilitate communications between claims adjusters, treatment providers, employers, and injured workers, and provide other support to injured workers and their families—including explaining diagnosis and treatment plans.  Plaintiff also offers a transitional return to work program to facilitate injured workers' return to work while they are in their healing period, and employs Vocational Experts who conduct on-site job analysis to determine the specific physical demands related to particular jobs, as well as Ergonomic Specialists who assess work environments and recommend adaptive measures to ensure that workers are as safe as possible in well-designed work environments so that injuries are prevented and productivity is maximized.

28.     In addition to its case management services, Plaintiff offers on-site nursing services to immediately treat injured workers at their workplace, and operates a "24/7 care line" staffed by registered nurses to provide home care and self-treatment advice.

29.     Plaintiff also provides a number of specialized services, including utilization review services to evaluate the appropriateness, necessity and efficiency of health care services, procedures and facilities; specialized audit services to identify healthcare savings based on invoice corrections and negotiated discounts; legal nurse consultants who prepare comprehensive reports based on the nurses' thorough examination and review of all medical records, bills, CPT codes, and accident/police reports; and certified Medicare set aside allocators who specialize in identifying medical settlements for which a Medicare set aside should be completed and when filing the Medicate set aside is required or recommended.

30.     Plaintiff is the owner of valid and subsising United States Service Mark Registration No. 2,930,177 on the Principal Register in the United States Patent and Trademark Office for the service mark ALARIS® (hereinafter the "ALARIS Mark"), in International Class 44, for medical consulting services in the fields of medical and vocational rehabilitation.[1]   The ALARIS Mark has become incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065.   Attached as Exhibit 1 is a true and correct copy of the registration certificate for the ALARIS Mark, which was issued by the United States Patent and Trademark Office on March 8, 2005.

31.     Plaintiff has used the ALARIS Mark in commerce throughout the United States continuously since January 1, 2000, in connection with the provision, offering for

---

[1] Plaintiff also owns the following Service Marks: ALARIS (Reg. No. 4,084,511) in International Class 35 for franchise services; THE ALARIS GROUP, INC. (Reg. No. 2,510,667) in international class 42 for consulting services in the fields of medical and vocational rehabilitation; THE ALARIS GROUP, INC. (Reg. No. 4,111,336) in International Class 44 for medical consulting services in the fields of medical and vocational rehabilitation; and ALARIS ADVANTAGE (Reg. No. 4,091,611) in International Classes 35 for franchise services  and  International Class 44 for medical consulting services in the fields of medical and vocational rehabilitation.

sale, sale, marketing, advertising and promotion of Plaintiff's above described healthcare management services.   Attached hereto as Exhibit 2 is a reproduction of Plaintiff's internet homepage showing Plaintiff's use of the ALARIS Mark in connection with these services.

32.     As a result of its widespread, continuous and exclusive use of the ALARIS Mark to identify its services and Plaintiff as their source, Plaintiff owns valid and subsisting federal statutory and common law rights to the ALARIS Mark.

33.     Plaintiff's ALARIS Mark is distinctive to both the consuming public and Plaintiff's trade.

34.     Plaintiff has expended substantial time, money, and resources marketing, advertising, and promoting the healthcare management services sold under the ALARIS Mark, including through its website, social media, and printed materials and at conferences, expos and symposiums throughout the United States.   In 2017 alone, Plaintiff expended in excess of three hundred and twenty-five thousand dollars ($325,000), exclusive of marketing staff salaries and benefits, on the marketing, advertising and promotion of the services sold under the ALARIS Mark.    Plaintiff's marketing spend has increased every year since it first started marketing its services under the ALARIS Mark.   Attached hereto as Exhibit 3 is a reproduction of certain printed materials Plaintiff distributes nationally to market its services under the ALARIS Mark.

35.     Plaintiff sells and provides its healthcare management services under the ALARIS Mark through its professional sales staff, dedicated team of account executives, and its national network of registered nurses and other professionals.

36.     Plaintiff offers and sells its healthcare management services under its ALARIS Mark to insurers, brokers, self-insured employers, and partner organizations of all sizes in all areas of the country, including New Jersey.

37.     The healthcare management services Plaintiff offers under the ALARIS Mark are care-driven and informed by years of experience.   The high quality of Plaintiff's services is demonstrated by the testimonials of numerous satisfied customers, exemplars of which are displayed on Plaintiff's website and are attached hereto as Exhibit 4.

38.     As a result of Plaintiff's expenditures and efforts, the ALARIS Mark has come to signify the high quality of the healthcare management services designated by the ALARIS Mark, and has acquired incalculable distinction, reputation, and goodwill belonging exclusively to Plaintiff.

39.     As a result of its distinctiveness and widespread use and promotion throughout the United States, Plaintiff's ALARIS Mark is a famous trademark within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and became famous prior to the acts of the Defendants alleged herein.

Defendants' Unlawful Activities

40.     Upon information and belief, Defendant Alaris Health provides non-healthcare related services to a group of approximately 20 independently owned and

13

operated member health centers, which provide short-term post-hospital rehabilitation, physical and occupational therapy, long-term care, dialysis and/or assisted living services at  locations throughout the State of New Jersey.

41.     Without Plaintiff's authorization, and beginning after Plaintiff acquired protectable exclusive rights in its ALARIS Mark, Defendant Alaris Health adopted and began using the mark Alaris (hereinafter, the "Infringing Mark") in U.S. commerce. Specifically, on December 21, 2012, due to negative publicity surrounding a protracted labor dispute as well as a lack of cohesive brand identity among its member health centers,  Defendant Alaris Health changed its name from Omni Health Systems to Alaris Health.

42.     In a news release published on Alaris Health's website entitled "Name Change to Alaris Health Reflects Company's Evolution, Expanded Mission and Brand Identity," Omni Health System's founder, Avery Eisenreich, explained that the "decision to change our name was due to several factors, not the least of which is the continuing expansion of our business and nature of the services we provide."  According to Mr. Eisenreich, "[w]e are constantly evolving to meet the changing needs of our residents, patients and the healthcare community and this course has taken us beyond the limits of traditional providers.  Our new name reflects that leadership position."  Alaris Health's Senior Director of Business Development and Communications, Christopher A. Rioto, added that "Alaris represents quality, strength, diversity improved access to care and leading-edge capabilities," and that "[g]oing forward under the Alaris brand, it is our mission to bring an ever-increasing range of services and care options to a growing

number of communities statewide and to do so with maximum efficiency and affordability." A true and correct copy of the news release is attached hereto as Exhibit 5.

43.     Upon information and belief, following its name change, and without Plaintiff's authorization, Alaris Health licensed the use of the Infringing Mark to each of its member health centers, including Defendants Alaris Health at Belgrove, Alaris Health at Boulevard East, Alaris Health at Castle Hill, Alaris Health at Cedar Grove, Alaris Health at Essex, Alaris Health at Hamilton Park, Alaris Health at Harbor View, Alaris Health at Jersey City, Alaris Health at Kearny, Alaris Health at Riverton; Alaris Health at Rochelle Park; Alaris Health at St. Mary's, Alaris Health at the Atrium, Alaris Health at the Chateau, Alaris Health at the Fountains, Alaris Health at West Orange; Alaris Health Dialysis at Essex, Alaris Health Dialysis at Hamilton Park, and Alaris at Rahway. Attached hereto as Exhibit 6 is a reproduction of Defendant Alaris Health's website listing its network of member health centers.

44.     The Infringing Mark adopted and used by Defendants is identical to Plaintiff's ALARIS Mark. Both employ the same spelling of "Alaris," which is a Latin word meaning "a wing of auxiliary cavalry."

45.     Upon information and belief, Defendant Alaris Health has been engaged in the advertising, promotion, and offering for sale of its member health centers' medical services, including short-term post-hospital rehabilitation, physical and occupational therapy, long-term care, dialysis and assisted living services using the Infringing Mark. Attached hereto as Exhibit 7 is a reproduction of Alaris Health's internet webpage

15

showing its use of the ALARIS Mark to advertise, promote and offer for sale the services of its member health centers.

46.     Upon information and belief, Defendant Alaris Health at Belgrove has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 8 is a reproduction of Alaris Health at Belgrove's website showing its use of the ALARIS Mark.

47.     Upon information and belief, Defendant Alaris Health at Boulevard East has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 9 is a reproduction of Alaris Health at Boulevard East's website showing its use of the ALARIS Mark.

48.     Upon information and belief, Defendant Alaris Health at Castle Hill has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 10 is a reproduction of Alaris Health at Castle Hill's website showing its use of the ALARIS Mark.

49.     Upon information and belief, Defendant Alaris Health at Cedar Grove has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 11 is a reproduction of Alaris Health at Cedar Grove's website showing its use of the ALARIS Mark.

50.     Upon information and belief, Defendant Alaris Health at Essex has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 12 is a reproduction of Alaris Health at Essex's website showing its use of the ALARIS Mark.

51.     Upon information and belief, Defendant Alaris Health at Hamilton Park has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 13 is a reproduction of Alaris Health at Hamilton Park's website showing its use of the ALARIS Mark.

52.     Upon information and belief, Defendant Alaris Health at Harbor View has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 14 is a reproduction of Alaris Health at Harbor View's website showing its use of the ALARIS Mark.

53.     Upon information and belief, Defendant Alaris Health at Jersey City has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 15 is a reproduction of Alaris Health at Jersey City's website showing its use of the ALARIS Mark.

54.     Upon information and belief, Defendant Alaris Health at Kearny has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term

post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 16 is a reproduction of Alaris Health at Kearny's website showing its use of the ALARIS Mark.

55.    Upon information and belief, Defendant Alaris Health at Riverton has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 17 is a reproduction of Alaris Health at Riverton's website showing its use of the ALARIS Mark.

56.    Upon information and belief, Defendant Alaris Health at Rochelle Park has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 18 is a reproduction of Alaris Health at Rochelle Park's website showing its use of the ALARIS Mark.

57.    Upon information and belief, Defendant Alaris Health at St. Mary's has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, and physical and occupational therapy using the Infringing Mark.  Attached hereto as Exhibit 19 is a reproduction of Alaris Health at St. Mary's website showing its use of the ALARIS Mark.

58.    Upon information and belief, Defendant Alaris Health at the Atrium has been engaged in the provision, advertising, promotion, offering for sale, and sale of assisted living services using the Infringing Mark.  Attached hereto as Exhibit 20 is a

reproduction of Alaris Health at the Atrium's website showing its use of the ALARIS Mark.

59.    Upon information and belief, Defendant Alaris Health at the Chateau has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 21 is a reproduction of Alaris Health at the Chateau's website showing its use of the ALARIS Mark.

60.    Upon information and belief, Defendant Alaris Health at the Fountains has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 22 is a reproduction of Alaris Health at the Fountain's website showing its use of the ALARIS Mark.

61.    Upon information and belief, Defendant Alaris Health at West Orange has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation, physical and occupational therapy, and long-term care services using the Infringing Mark.  Attached hereto as Exhibit 23 is a reproduction of Alaris Health at West Orange's website showing its use of the ALARIS Mark.

62.    Upon information and belief, Defendant Alaris Health Dialysis at Essex has been engaged in the provision, advertising, promotion, offering for sale, and sale of dialysis services using the Infringing Mark.  Attached hereto as Exhibit 24 is a reproduction of Alaris Health Dialysis at Essex's website showing its use of the ALARIS Mark.

63.     Upon information and belief, Defendant Alaris Health Dialysis at Hamilton Park has been engaged in the provision, advertising, promotion, offering for sale, and sale of dialysis services using the Infringing Mark.  Attached hereto as Exhibit 25 is a reproduction of Alaris Health Dialysis at Hamilton Park's website showing its use of the ALARIS Mark.

64.     Upon information and belief, Care Connection has been engaged in the provision, advertising, promotion, offering for sale, and sale of short-term post-hospital rehabilitation and physical and occupational therapy services using the Infringing Mark. Attached hereto as Exhibit 26 is a reproduction of Care Connection's website showing its use of the ALARIS Mark.

65.     Upon information and belief, the medical services Defendants have provided, marketed, advertised, promoted, offered for sale, and sold under the Infringing Mark, including short-term post-hospital rehabilitation, physical and occupational therapy, long-term care, dialysis and/or assisted living services, are the same or are otherwise closely related to the services provided by Plaintiff under the ALARIS Mark. The parties' services all fall within the same trademark class (medical services) and involve the management of patient care, including formulating and delivering individual rehabilitation plans, so that patients can enjoy a positive health outcome and quickly reach their maximum degree of medical improvement.

66.     Upon information and belief, Defendants have also marketed, advertised, and promoted their short-term post-hospital rehabilitation, physical and occupational therapy, long-term care, dialysis and  assisted living services, under the Infringing Mark

to the same type of customers and through the same marketing, advertising and promotional channels, such as the internet, social media and printed materials, as Plaintiff. The parties' domain names each include the ALARIS Mark. Plaintiff advertises and utilizes a toll free number that includes the ALARIS Mark (1-866-4-ALARIS), which is prominently displayed at the top right of its website. *See* Exhibit 2. Defendants similarly advertise and utilize a toll-free number using the Infringing Mark (1-855-7-ALARIS), which they also prominently display at the top right of their websites. *See* Exhibits 5-26.

67. Defendants' infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the Defendants' services and have deceived and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendants' services originate from, are associated or affiliated with, or are otherwise authorized by Plaintiff. Not only are Defendants using the Infringing Mark to promote the same or closely related services as Plaintiff, their websites advertise that they are part of a "growing network," and that their customers will be "treated as a member of the Alaris family." *See* Exhibits 6, 8-25.

68. Defendants' infringing acts as alleged herein have resulted in actual confusion. For example, on March 10, 2017, Plaintiff received an email from one of Defendant Alaris Health at the Chateau's customers wishing to discuss her "stay at Alaris." Attached hereto as Exhibit 27 is a true and correct copy of that email.

69.     On March 17, 2017, Plaintiff's counsel sent a cease and desist letter to Defendant Alaris Health objecting to Defendants' use of the Infringing Mark.  Attached hereto as Exhibit 28 is a true and correct copy of that letter.

70.      On September 19, 2017, Plaintiff received an email intended for Defendant Alaris Health at Rochelle Park, this time from a licensed social worker complaining that a patient had gone missing while "in the care of Alaris at Rochelle Park" without anyone at the facility noticing he was gone and alleging that the incident constituted gross negligence and had traumatized the patient's wife.  Attached hereto as Exhibit 29 is a true and correct copy of that email.

71.     On November 16, 2017, Plaintiff's counsel sent a second cease and desist letter to Defendant Alaris Health again objecting to Defendants' use of the Infringing Mark.  Attached hereto as Exhibit 30 is a true and correct copy of that letter.

72.     To date, Defendants have not complied with the demands set out in Plaintiff's counsel's cease and desist letters.

73.     Upon information and belief, Defendants' acts are willful with the deliberate intent to trade on the goodwill of Plaintiff's ALARIS Mark, cause confusion and deception in the marketplace, and divert potential sales of Plaintiff's services to Defendants.

74.     Defendants' acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

**COUNT ONE**
**(Federal Service Mark Infringement – Against All Defendants)**

75.     Plaintiff repeats and realleges each of the previous paragraphs as if they were set forth at length herein.

76.     Defendants' unauthorized use in commerce of the Infringing Mark as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendants' services, and is likely to cause consumers to believe, contrary to fact, that Defendants' services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendants are in some way affiliated with or sponsored by Plaintiff. Defendants' conduct therefore constitutes service mark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

77.     Upon information and belief, Defendants have committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in the ALARIS Mark and with the willful intent to cause confusion and trade on Plaintiff's goodwill.

78.     Defendants' conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court.  Plaintiff has no adequate remedy at law.

79.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT TWO
### (Federal Unfair Competition – Against All Defendants)

80.     Plaintiff repeats and realleges each of the previous paragraphs as if they were set forth at length herein.

81.     Defendants' unauthorized use in commerce of the Infringing Mark as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendants' services, and is likely to cause consumers to believe, contrary to fact, that Defendants' services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendants are in some way affiliated with or sponsored by Plaintiff.

82.     Defendants' unauthorized use in commerce of the Infringing Mark as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

83.     Upon information and belief, Defendants' conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants with Plaintiff.

84.     Defendants' conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

85.     Defendants' conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court. Plaintiff has no adequate remedy at law.

86.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT THREE
### (Federal Service Mark Dilution – Against All Defendants)

87.     Plaintiff repeats and realleges each of the previous paragraphs as if they were set forth at length herein..

88.     Plaintiff's ALARIS Mark is distinctive and a "famous mark" within the meaning of 15 U.S.C. § 1125(c).

89.     Plaintiff's ALARIS Mark became distinctive and famous prior to the Defendants' acts as alleged herein.

90.     Defendants' acts as alleged herein have diluted and will, unless enjoined, continue to dilute and are likely to dilute the distinctive quality of Plaintiff's famous ALARIS Mark.

91.     Defendant's acts as alleged herein have tarnished and will, unless enjoined, continue to tarnish, and are likely to tarnish Plaintiff's ALARIS Mark by undermining and damaging the valuable goodwill associated therewith.

92.     Defendants' acts as alleged herein are intentional and willful in violation of Section 43(c)(1) of the Lanham Act, and have already caused Plaintiff irreparable damage and will, unless enjoined, continue to so damage Plaintiff, which has no adequate remedy at law.

25

93.    Plaintiff is entitled to, among other relief, an award of actual damages, Defendants' profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**COUNT FOUR**
**(Contributory Service Mark Infringement – Against Defendant Alaris Health)**

94.    Plaintiff repeats and realleges each of the previous paragraphs as if they were set forth at length herein.

95.    On information and belief, Defendant Alaris Health licenses the use of the Infringing Mark to each of its member health centers, who have used the Infringing Mark in U.S. commerce.

96.    Such use is not authorized by Plaintiff.

97.    Defendant Alaris Health has thus induced, caused, and materially contributed to the infringing acts of its member health centers by inducing, allowing and assisting them to infringe the ALARIS Mark.

98.    Defendant Alaris Health's contributory infringement as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant Alaris Health's member health centers' services, and is likely to cause consumers to believe, contrary to fact, that Defendant Alaris Health's member health centers' services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendants are in some way affiliated with or sponsored by Plaintiff.

99.    Defendant Alaris Health's contributory conduct as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

100.    Defendants Alaris Health's contributory conduct as alleged herein has diluted and will, unless enjoined, continue to dilute and is likely to dilute the distinctive quality of Plaintiff's famous ALARIS Mark.

101.    Upon information and belief, Defendant Alaris Health's contributory conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant Alaris Health's member health centers with Plaintiff.

102.    Defendant Alaris Health has realized unlawful profits, gains and advantages as a proximate result of its contributory infringement.

103.    Defendant Alaris Health's contributory conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court.  Plaintiff has no adequate remedy at law.

104.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant Alaris Health's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**COUNT FIVE**
**(New Jersey Statutory Law – Against All Defendants)**

105.    Plaintiff repeats and realleges the previous paragraphs as if they were set forth at length herein.

106.    Defendants' unauthorized use in commerce of the Infringing Mark as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendants' services, and is likely to cause consumers to believe, contrary to fact, that Defendants' services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendants are in some way affiliated with or sponsored by Plaintiff.

107.    Defendants' unauthorized use in commerce of the Infringing Mark as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

108.    Upon information and belief, Defendants' conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendants with Plaintiff.

109.    Defendants' conduct as alleged herein constitutes unfair competition in violation of N.J.S.A. 56:4-1 *et seq.*

110.    Defendants' conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court. Plaintiff has no adequate remedy at law.

111.    Plaintiff is entitled to, among other relief, injunctive relief and an award of damages, which may be trebled under N.J.S.A. 56:4-2.

## COUNT SIX
### (Dilution Under New Jersey Common Law – Against All Defendants)

112.    Plaintiff repeats and realleges the previous paragraphs as if they were set forth at length herein.

113.    Defendants' unauthorized use of the ALARIS Mark has lessened the capacity of the mark to identify and distinguish Plaintiff's services, thereby diluting the value of the ALARIS Mark.

114.    Defendants' conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court.  Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

A.    That judgment be entered in favor of Plaintiff on all causes of action set forth herein.

B.    Granting an injunction permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

(i)    providing, selling, marketing, advertising, promoting, or authorizing any third party to provide, sell, market, advertise or promote any

29

services bearing the mark ALARIS® or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's ALARIS Mark;

(ii)    engaging in any activity that infringes Plaintiff's rights in its ALARIS Mark;

(iii)   engaging in any activity constituting unfair competition with Plaintiff;

(iv)    making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that Defendants' services are in any manner approved, endorsed, licensed, sponsored, authorized, franchised by or associated, affiliated, or otherwise connected with Plaintiff or that Plaintiff's services are in any manner approved, endorsed, licensed, sponsored, authorized, franchised by or associated, affiliated, or otherwise connected with Defendants;

(v)     using or authorizing any third party to use in connection with any business, goods or services any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

(vi)    registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the mark ALARIS® or any

30

other mark that infringes or is likely to be confused with Plaintiff's

ALARIS Mark or with any goods or services of Plaintiff, or Plaintiff

as their source; and

(vii)   aiding, assisting, or abetting any other individual or entity in doing

any act prohibited by subparagraphs (i) through (vi).

C.   Granting such other and further relief as the Court may deem proper to

prevent the public and trade from deriving the false impression that any

goods or services manufactured, sold, distributed, licensed, marketed,

advertised, promoted, or otherwise offered or circulated by Defendants are

in any way approved, endorsed, licensed, sponsored, authorized, franchised

by or associated, affiliated, or otherwise connected with Plaintiff or

constitute or are connected with Plaintiff's services.

D.   Directing Defendants to immediately:

(i)   cease all manufacture, display, distribution, marketing, advertising,

promotion, sale, offer for sale and/or use of any and all packaging,

labels, catalogs, shopping bags, containers, advertisements, signs,

displays, and other materials that feature or bear any designation or

mark incorporating the mark ALARIS$^{®}$ or any other mark that is a

counterfeit, copy, simulation, confusingly similar variation, or

colorable imitation of Plaintiff's ALARIS mark;

(ii)   direct all other individuals and establishments wherever located in

the United States that distribute, advertise, promote, sell, or offer for

31

sale Defendants' goods or services to cease forthwith the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials featuring or bearing the mark ALARIS® or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of the Plaintiff's ALARIS Mark; and

(iii)    remove all such goods and services from public access and view.

E.    Directing Defendants to formally abandon with prejudice any and all of their applications to register the mark ALARIS® or any mark consisting of, incorporating, or containing Plaintiff's ALARIS Mark or any counterfeit, copy, confusingly similar variation, or colorable imitation thereof on any state or federal trademark registry.

F.    Directing Defendants to cancel with prejudice any and all registrations for the mark ALARIS® or any mark consisting of, incorporating or containing Plaintiff's ALARIS Mark or any counterfeit, copy, confusingly similar variation, or colorable imitation thereof on any state or federal trademark registry.

G.    Directing Defendants, pursuant to 15 U.S.C. § 1116(a), to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendants of an injunction in this action, or such extended period as the

32

court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied therewith.

H.      Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with 15 U.S.C. § 1117(a) and/or N.J.S.A. 56:4-2.

I.      Directing that Defendants account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with 15 U.S.C. § 1117(a), enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

J.      Declaring that this is an exceptional case pursuant 15 U.S.C. § 1117(a) and awarding Plaintiff its costs and reasonable attorneys' fees.

K.      Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

L.      Awarding such other and further relief as the Court deems just and proper.

## <u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all claims and issues so triable.

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>

Pursuant to Local Civ. R. 11.2, I hereby certify that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

BUDD LARNER, P.C.

By:    <u>s/Peter J. Frazza</u>
Peter J. Frazza
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
973-379-4800
pfrazza@buddlarner.com

Nilan Johnson Lewis, PA
120 South Sixth Street
Suite 400
Minneapolis, MN 55402
612-305-7500

Attorneys for Plaintiff

Dated:  May 29, 2018

**EXHIBIT 1**

**Int. Cl.: 44**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

Reg. No. 2,930,177

Registered Mar. 8, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# ALARIS

THE ALARIS GROUP, INC. (MINNESOTA COR-
PORATION)
P.O. BOX 24855
EDINA, MN 55424

FOR: MEDICAL CONSULTING SERVICES IN
THE FIELDS OF MEDICAL AND VOCATIONAL
REHABILITATION PRIMARILY RESPONDING TO
THE NEEDS OF THE WORKERS COMPENSATION
INDUSTRY, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 12-14-1999; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 2,510,667.

SER. NO. 76-536,655, FILED 7-3-2003.

TANYA AMOS, EXAMINING ATTORNEY

# EXHIBIT 2



**ONLINE REFERRAL**

1-888-4-ALARIS

ALARIS®



Outcomes

ALARIS facilitates high-quality treatment so injured
workers can enjoy both a positive health outcome
and a successful return to work.

## WHAT TRULY SETS US APART:





Over 16 years of experience



Serving all 50 states



Referrals



Large but agile



Constant resources with our
24/7 care line



Exceptional value & customer
service



© 2017 - The ALARIS Group Inc ®
Privacy Policy

**EXHIBIT 3**



# ALARIS
**We're There**

# Core Competencies

## Products

| | |
|---|---|
| **Field Case Management** | **24/7 Care Line** |
| **Telephonic Case Management** | **Utilization Review** |
| **Catastrophic Case Management** | **Legal Nurse Consulting** |
| **Ergonomics** | **Specialized Audit Services** |
| **Job Analysis** | **Medicare Set-Asides** |

---

ALARIS is the nation's premier healthcare management firm specializing in workers' compensation case management. ALARIS has a rich history, extensive expertise, and responsive services for clients of all sizes.

The ALARIS case management service facilitates timely communication to all parties, reducing medical and disability costs of workers' compensation claims.

ALARIS also ensures the delivery of high quality treatment so the injured employee can enjoy a positive health outcome and a successful return to work. ALARIS serves all 50 U.S. states with an extraordinary national network of professionals that allows us to meet the unique needs of a diverse customer base.

## Outcomes

**93% of all injured workers who worked with an ALARIS case manager were able to return to work.**

**83% of injured workers who worked with an ALARIS case manager reported they would work with a case manager again if the need arose.**

**ALARIS consistently demonstrates strong Returns on Investment for all services, including a 5:1 ROI in 2016 for Field Case Managment**

## Testimonials

"I don't know what I would do without ALARIS. Besides the exceptional skills they exhibit in helping me managing my claims, they go above and beyond to help me with cases they're not even handling. They get results."
Angie Swayze – Claims Specialist for a leading North American Insurer

"ALARIS has been able to meet our needs as a company by developing an understanding of our business and working closely with Safway to make sure that every incident is managed with an utmost sense of urgency, professionalism and by providing exceptional quality service."
April Korpal – Claims Analyst, Safway Group

"We are confident that our clients and injured workers are receiving the highest quality guidance and direction when ALARIS is managing their medical and/or vocational recovery."
Brian Peacock – Acuity





**888-425-2747**
**www.alarisgroup.com**
5001 American Blvd. West Suite 405
Bloomington, MN 55437



# ALARIS
**We're There**

# Medical Case Management

Case management is a collaborative process that assesses, plans, implements, coordinates, monitors, and evaluates the options and services required to meet an individual's health needs. It uses communication and available resources to promote quality and cost–effective outcomes.

This service can be delivered in an early intervention model telephonically, as a task assignment, or delivered in person in the field.

The goal is to facilitate timely communication between all involved parties, reduce medical and disability costs, and ensure that treatment is at the highest quality level that will ultimately result in a timely and successful return to work.

### Field Case Management

• Case Manager attends appointments, coordinates provider visits, and ensures proper level of treatment

• Facilitates communication between adjuster, treatment providers, employer, and injured worker

• Assess light duty options and provides objective information to assist employer with accommodation to facilitate timely return to work

### Telephonic / Early Intervention

• All communication completed by telephone or electronically

• Triage Program – proactive, immediate involvement of RN

• Best and most effective means of early intervention when implemented upon injury and receipt of claim

• Short term, prompt resolution of claim

### Task Assignment

• Attend one–time provider appointment or complete single task instead of opening field file

• Benefit of extremely limited time  and expense

888–425–2747
www.alarisgroup.com

5001 American Blvd. West Suite 405
Bloomington, MN 55437



# ALARIS
## We're There

# 24/7 Care Line

Cost effectively providing your organization with the comfort of knowing you have an experienced RN available at your fingertips 24/7 to assist in injury management.

ALARIS statistics show that nearly 60% of Care Line incidents remain home care/self treatment only, precluding an OSHA recordable event.

## 24/7 Care Line Outcomes

64% of calls were Non-OSHA recordable

55% of calls were recommended home care/self-treatment only

ALARIS 24/7 Care Line provided a 3:1 ROI last year

## Program Highlights

• OSHA recordability impact

• Mitigation of overall workers' compensation claim cost

• Reduction in workers' compensation claims and experience modification factor

• Controlled and cost efficient claims process due to acute intervention

• National footprint with 24-hour coverage

• Multilingual capabilities

• Experienced telephonic nurses

• Immediate communication with all involved parties

• Extraordinary outcomes delivered quarterly

888-425-2747
www.alarisgroup.com

5001 American Blvd. West Suite 405
Bloomington, MN 55437

# ALARIS
**We're There**

# Catastrophic Case Management

## Program Highlights

Extreme injuries require meticulous handling. ALARIS Catastrophic Case Managers are exceptionally qualified to assess the injury, clarify the diagnosis, define the treatment plan, and coordinate all necessary services to stabilize the patient. Utilizing Catastrophic Case Management ensures injured workers and their families receive immediate support during their time of crisis.

Their timely involvement can expedite the transition from acute care to optimal functioning and reduce the cost of the loss.

• CAT supervisory support provided for all cases

• Transition to appropriate level of service when CAT CM is no longer required to reduce costs

• CAT is available as task for one time assesment or as full field case management

• Available around the clock 365 days per year

• Team of Registered Nurses with experience navigating catastrophic cases

• Provide comfort and support when employees and their families need it most

888-425-2747
www.alarisgroup.com

5001 American Blvd. West Suite 405
Bloomington, MN 55437



**We're There**

# Transitional Return to Work

The ALARIS Transitional Return to Work Program facilitates an injured employee's return to work while they are within their healing period. This is a temporary work assignment that complies with all medically defined work restrictions outlined by the treating provider.

Wages are paid for by the employer at time of injury. This work assignment can be either at the employer's location or at an alternative, transitional worksite.

## Program Highlights

• Maintains a level of control and accountability on the claim while employee continues to work at some capacity

• Employee gains strength and reconditioning instead of being completely off work

• Significantly reduce workers' compensation claim's cost and lower litigation rates

• Services provided telephonically in all 50 states

• ALARIS has a team of specialists trained specifically to provide this services

• TRTW Program provided a 4:1 ROI in 2016

888–425–2747
www.alarisgroup.com

5001 American Blvd. West Suite 405
Bloomington, MN 55437



# Utilization Review

## Program Highlights

Utilization Review is the evaluation of the appropriateness, necessity and efficiency of health care services, procedures and facilities according to established criteria or guidelines. It is evaluated under the provisions of an applicable health benefits plan.

ALARIS has been URAC accredited in Workers' Compensation Utilization Management since 2012. ALARIS has a fleet of expert nurses dedicated to Utilization Management to service your needs across the country.

• Team of professional Case Managers combine expertise and evidence based clinical tools to evaluate appropriatness of care

• Utilization Review can be conducted prospectively, retrospectively, or concurrent with ongoing treatment

• Provided telephonically and electronically nationwide

• ALARIS Utilization Review showed a 5:1 ROI in 2016

888–425–2747
www.alarisgroup.com

5001 American Blvd. West Suite 405
Bloomington, MN 55437



# Specialty Audit Services

Specialty Audit Services are a tangible method of driving aggressive hard–dollar savings for the healthcare payor. Savings are identified based on invoice corrections and/or direct negotiated discounts.

Services can be prospectively or retrospectively managed, and can work as an adjunct to your traditional provider bill review program.

This is a RISK FREE service. ALARIS fees are based on a percentage of savings.

## Services Included

• Prospective review of costly services

• Negotiation of long–term costs for services on catastrophic, complex, or chronic cases

• Audit services to identify errors, over delivery, or cost shifting

## Commonly Repriced Charges

• Surgeries
• Surgical Centers
• Surgeons
• Implants/Hardware
• DME
• Infusion Therapies
• Home Health/Nursing
• Services
• Rehabilitation Stays
• Chronic Pain Control
• Large Cost Pharmaceuticals

**888–425–2747**
**www.alarisgroup.com**

**5001 American Blvd. West Suite 405**
**Bloomington, MN 55437**



# ALARIS
### We're There

# Legal Nurse Consulting

Automobile and/or Liability claims can be extremely costly. An ALARIS Certified Legal Nurse Consultant will thoroughly examine and review all medical records, bills, CPT Codes, and accident/police reports, and deliver a comprehensive report.

This two-part, all inclusive report will provide the tools and comprehensive assessment necessary to defend the claim or for discussion at settlement. Expert testimony can also be provided to offer the final solution for successful resolution to these complex claims.

## Program Highlights

- Comprehensive Medical Bill Review with in-depth CPT code analysis

- Organize and compile medical records and identify missing bills, pre-existing conditions, relatedness of diagnosis, and injury to incident

- Review CPT codes on each medical bill to document if the charge is reasonable or excluded with a complete total of reasonable dollar amount

- Comprehensive review and listing of PT, diagnostics, provider visits, chiropractic treatment, and surgical procedures with a thorough summary

- Expert Legal Nurse Consultant will testify at hearings/depositions as an expert witness

- Litigation tool for settling claims

**888-425-2747**
**www.alarisgroup.com**

**5001 American Blvd. West Suite 405**
**Bloomington, MN 55437**

# ALARIS

**We're There**

# Medicare Set-Asides

ALARIS has an expert group of Certified Medicare Set Aside Allocators. These RN's specialize in identifying those medical settlements (workers' compensation and liability) where an MSA should be completed and when filing the MSA with the Centers for Medicare and Medicaid Services is required or recommended.

Our experienced professional will answer your questions and provide support from referral to completion.

## Program Highlights

• Certified Consultants

• One point of contact with 30 day turn around time, or 14 day turn around time for RUSH service

• Conditional payment dispute service

• Seamless filing process

• Quality assurance reviews

**888–425–2747**
**www.alarisgroup.com**

**5001 American Blvd. West Suite 405**
**Bloomington, MN 55437**



# ALARIS
**We're There**

# Job Analysis

An On–site Video Job Analysis and Written Job Analysis can greatly improve the understanding, dynamics, and critical job demands of a designated job title.

Conducted by an ALARIS vocational expert, the analysis is an objective finding of fact that a medical provider may reference, in order to understand specific physical demands related to an individual employment position.

## Written Job Analysis

• Identifies physical requirements and demands of the job

• Measures and documents repetitive motion frequency and duration

• Assists treating medical examiners with return to work goals

• Provides employers with an unbiased job description to use for hiring, promotion, and transitional duty or job modification options

## Video Job Analysis

• Video documentation demonstrating the work environment and body mechanics of the position

• Identifies physical demands, noises, temperature, and view of the work environment

• Includes completed DVD and may include still photography prints

**888–425–2747**
**www.alarisgroup.com**

**5001 American Blvd. West Suite 405**
**Bloomington, MN 55437**



# ALARIS
**We're There**

# Ergonomics

A well–designed work environment helps prevent injuries & maximizes productivity. Our team of trained Ergonomic Specialists assess workplace jobs, tools, machines, systems, tasks, and environments.

ALARIS makes recommendations to ensure that workers are as safe as possible, and recommends adaptive measures to facilitate employment for workers with injuries or disabilities.

## Program Highlights

• Office Ergonomics

• Industrial Ergonomic Evaluations

• Customized Training Programs

• Professional assistance with Ergonomic purchases

• Home Assesments

**888–425–2747**
**www.alarisgroup.com**

**5001 American Blvd. West Suite 405**
**Bloomington, MN 55437**

# EXHIBIT 4

Case 2:18-cv-09801   Document 1   Filed 05/29/18   Page 54 of 101 PageID: 54



ONLINE REFERRAL

1-888-4-ALARIS



# TESTIMONIALS

"When dealing with a difficult or catastrophic workers' compensation claim, I typically turn to ALARIS for assistance. The nurse case managers at ALARIS are always professional, knowledgeable and understanding of our needs. I highly recommend ALARIS for any nurse case management referral no matter if it is a one time appointment with an independent medical examiner, long term referral or case review."

**Amanda Chamberland**
**Cornerstone Risk Solutions**

---

"I don't know what I would do without ALARIS. Besides the exceptional skills they exhibit in helping me managing my claims, they go above and beyond to help me with cases they're not even handling. They get results, and now my expectation is that any nurse I work with is going to be as good as ALARIS' nurses."

**Angie Swayze**
**Claims Specialist for a leading North American Insurer**

---

For almost 10 years now, ALARIS has provided us with around the clock support for our crews working in all corners of the country, regardless of the time of day. From early intervention with telephonic nurse case management, to providing assistance with post incident drug screens and personal health issues, ALARIS is an integral part of our team. By getting ALARIS involved early and often, it not only helps keep OSHA recordables down, it makes the flow of information a seamless process.

## Alissa DeWar
### MICHELS Corporation

MISSION & CORE
VALUES

WHAT WE DO

OUR PEOPLE

OUR NETWORK

TESTIMONIALS

© 2017 - The ALARIS Group Inc ®
Privacy Policy

# EXHIBIT 5



## To Schedule a Tour, Please Call

📞 **1.855.7.ALARIS**

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us

## NAME CHANGE TO ALARIS HEALTH REFLECTS COMPANY'S EVOLUTION, EXPANDED MISSION AND BRAND IDENTITY

In December 2012, the former Omni Health Systems officially became Alaris Health. The renamed company is one of the state's leading providers of post-hospital rehabilitation, long-term and specialty care, operating 17 healthcare centers throughout New Jersey.

"Our decision to change our name was due to several factors, not the least of which is the continuing expansion of our business and nature of the services we provide," said Alaris Health founder, Avery Eisenreich. "We are constantly evolving to meet the changing needs of our residents, patients and the healthcare community and this course has taken us beyond the limits of traditional providers. Our new name reflects that leadership position."

The Alaris name was selected based on attributes assigned by participants in extensive primary research studies. Key among them was simplicity, ease of use, memorability and perceived sense of strength and innovation.

According to Christopher A. Rotio, Senior Director of Business Development & Communications, "Alaris represents quality, strength, diversity, improved access to care and leading-edge capabilities. These qualities are vitally important points of difference to consumers as well as our working partners in the healthcare community. They represent opportunities for better, more responsive care for those we serve as well as a solid foundation on which we plan to build.

"Going forward under the Alaris brand, it is our mission to bring an ever-increasing range of services and care options to a growing number of communities statewide and to do so with maximum efficiency and affordability," Rotio concluded.



Newsletter Sign up

Sign-up for newsletter

email address    Go

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Search    Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us
· Employee Login

### Switch To Mobile Version

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

**EXHIBIT 6**

**alaris**health™
BRIDGING CARING & INNOVATION
To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us

Alaris maintains a growing network of community Member Health Centers across the state of New Jersey that provide residents access to the highest quality of care, regardless of whether your needs are focused on short-term post-hospital rehabilitation, long-term care or anything in between!

By continuing to improve and expand the scope of services provided, our Member Heath Centers aim to enhance each individual's ability to choose the type and source of care that will best contribute to his or her physical, emotional and psychological well-being to return home as quickly as possible.

Search for:
[Select a service ▾]
Near:
[Address/County/City/Stat]   [Search]

[Select a Location ▾]



**Alaris Health at Belgrove**

195 Belgrove Drive
Kearny, NJ 07032

(973) 844-4800
Yosef Wulliger, Administrator

About this location »



**Alaris Health at Boulevard East**

6819 Boulevard East
Guttenberg, NJ 07093

(201) 868-3600
Lesley Vodofsky, Administrator

About this location »



**Alaris Health at Castle Hill**

615 23rd Street
Union City, NJ 07087

(201) 348-0818
Rebecca Resh, Administrator

About this location »



**Alaris Health at Cedar Grove**

110 Grove Avenue
Cedar Grove, NJ 07009

(973) 571-6600
Grace Reyes, Administrator

About this location »



**Alaris Health at Essex**

155 40th Street
Irvington, NJ 07111

(973) 371-7878
Anna Burke, Administrator

About this location »



**Alaris Health at Hamilton Park**

525 Monmouth St.
Jersey City, NJ 07302

(201) 653-8800
Kevin Woodard, Administrator

About this location »



**Alaris Health at HarborView**

178 – 198 Ogden Avenue
Jersey City, NJ 07306

(201) 963-1800
Paula Burroughs, Administrator

About this location »



**Alaris Health at Jersey City**

198 Stevens Avenue
Jersey City, NJ 07305

(201) 451-9000
Robert Smolin, Administrator

About this location »



**Alaris Health at Kearny**

206 Bergen Avenue
Kearny, NJ 07032

(201) 955-7067
Israel Kanarek, Administrator

About this location »



**Alaris Health at Riverton**

1777 Lawrence St.
Rahway, NJ 07065

(732) 499-7927
Jeff Hoffman, Administrator

About this location »



**Alaris Health at Rochelle Park**

96 Parkway
Building C
Rochelle Park, NJ 07662

(201) 845-0099
Michael Lifschutz, Administrator

About this location »



**Alaris Health at St. Mary's**

135 S. Center St
Orange, NJ 07050

(973) 266-3000
Gerry Nwabueze, Administrator

About this location »



**Alaris Health at The Atrium**

330 Ninth Street
Jersey City, NJ 07302

(201) 716-8000
Marianne Alfano, Administrator

About this location »



**Alaris Health at The Chateau**

96 Parkway
Building 1
Rochelle Park, NJ 07662

(201) 226-9600
Sue Roman MPA, LNHA, Administrator

About this location »



**Alaris Health at The Fountains - North Campus**

595 County Avenue
Secaucus, NJ 07094

(201) 863-8866
Ari Markowitz, Administrator

About this location »



**Alaris Health at The Fountains - South Campus**

505 County Avenue
Secaucus, NJ 07094

(201) 526-8700
Matthew Orillaza, Administrator

About this location »



**Alaris Health at West Orange**

5 Brook End Drive
West Orange, NJ 07052

(973) 324-3000
Kristine Giles, Administrator

About this location »



**Alaris Health Dialysis at Essex**

155 40th Street
Main Floor
Irvington, NJ 07111

(973) 371-2155
Shawn Bright, Administrator

About this location »



**Alaris Health Dialysis at Hamilton Park**

328 Ninth Street
Jersey City, NJ 07302

(201) 516-7700
Susan Hernandez, Administrator

About this location »



**Care Connection Rahway**

865 Stone Street
4th Floor
Rahway, NJ 07065

(732) 499-6460
Francine Sokolowski, Administrator

About this location »






Sign-up for newsletter

email address    Go
Please input a valid email address.
You have subscribed to AlarisHealth newsletter.
Please wait for the confirmation email and then approve.

Search    Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

<u>Switch To Mobile Version</u>

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

**EXHIBIT 7**



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About
  - About Alaris
  - Standards of Excellence
  - Commitment to Innovation
  - Collaboration in Caring
  - Focus On Caring – Testimonials
  - Shining Stars
- Services
  - Short-Term Post-Hospital Rehabilitation
  - Long-Term Care
  - Ventilator Care
  - Behavioral Health Care
  - Complex Clinical Capabilities
  - Dialysis
  - Assisted Living
- Member Health Centers
- Making Informed Decisions
  - Get Started
  - Practitioner Orders for Life-Sustaining Treatment (POLST)
  - Financial Considerations
  - Helpful Resources
- News & Events
  - Newsroom/Press Releases
  - Events
  - Past Events
  - Events Gallery
- Careers
  - Join a Team
  - Job Listings
  - Upcomming Job Fairs
  - Employee Stories
- Contact Us



Services

**Short-Term Post-Hospital Rehabilitation**

When trauma, illness, surgery or other acute or chronic condition impairs mobility, function or cognitive abilities, our integrated rehabilitation programs serve as a successful pathway to recovery.

Regardless of the unique needs of each patient, the overriding goal is to help get patients back on their feet and back to their homes as quickly and safely as possible. To achieve that goal, we offer a host of state-of-the-art therapies, treatment protocols and support services in our dedicated rehabilitation unit, complete with its own fully equipped therapy gym. They include:

- Physical, Occupational and Speech Therapy Available 7 Days a Week
- Respiratory Therapy
- Cognitive Therapy
- Virtual Reality Therapy

- Complex Clinical Support Services
- On-Site Hemodialysis
- Peritoneal Dialysis
- Discharge Planning
- Nurse Practitioner Supervision

## Long Term Care

In keeping with our caring mission, each day we strive to help long term residents achieve and maintain the highest levels of health, wellness and quality of life. That means recognizing and encouraging individuality and independence to the greatest degree possible, while providing the level of care to meet the resident's individual needs, capabilities and limitations. Among the services available are:

- 24-Hour Skilled Nursing Care
- Dietary and Nutritional Management
- Medication Management
- Tracheotomy Care
- Ostomy Care
- Restorative Nursing
- Diabetes Management
- Psychological Support
- Social and Recreational Activities
- On-Site Physician Coverage
- Social Work Services
- Resident and Family Counseling
- Respite Care
- Hospice and Palliative Care
- Pet Therapy

## The Pavilion State-Certified Behavioral Unit

Designed specifically for adults with behavioral health needs, The Pavilion offers a comprehensive therapeutic program within a dedicated, home-like setting separate from the general health center population. Program components and services are designed to help keep residents engaged, manage behavioral problems and maintain the highest level of functionality and independence possible.
These include:

- Individualized specialized programming, involving group and one-on-one therapies, recreational activities, vocational programs and other services to help to mitigate behavioral problems, wandering, falls, confusion and disorientation
- A highly trained interdisciplinary team of mental health professionals, including a psychiatrist, internist, licensed clinical social workers, professional counselors and experienced case managers
- Medication administration and monitoring overseen by Registered Nurses and/or Licensed Practical Nurses in collaboration with the patient's physicians
- Secure 40-bed unit with 24/7 nursing care and supervision provided by Registered Nurses, Licensed Practical Nurses and Certified Nursing Assistants

## Ventilator Care

Our highly regarded ventilator care program encompasses a comprehensive array of services for patients with pulmonary disease or other respiratory problems. Program focus is on enhancing quality of life and, whenever possible, weaning patients off ventilators and other pulmonary support systems. The program is staffed 24 hours a day by licensed respiratory therapists and specially trained Registered Nurses with Board-certified pulmonologists directing the team. Services include:

- Ventilator Weaning Program
- Tracheotomy Care
- Bronchial Hygiene
- Oxygen Therapy
- Monitoring of Arterial Blood Gases

## Complex Clinical Capabilities

Available to both long term residents and post hospital rehabilitation patients, we offer exceptional clinical services and support, including:

- Wound Care
- Pain Management

- IV Antibiotic Therapy
- Bi-pap, C-pap and Tracheotomy Care
- Enteral Feeding
- Laboratory and Radiology Services
- CHF and COPD Protocols
- On-Site Physician Specialists' Care

**Bridgeway® Behavioral Health Care**

The Bridgeway® Behavioral Health program is designed to improve the quality of life of all those in our care by comprehensively addressing both their mental health and medical needs.

Whether the individual requires temporary or permanent treatment, the program provides each resident with a personalized, goal oriented plan of care to help him or her attain the highest level of functionality possible.

Families can enjoy peace of mind knowing that kindness, consideration and sensitivity which are hallmarks of the care provided by our highly trained professional staff.

## Dialysis Care

Alaris Health Dialysis at Hamilton Park welcomes patients of all ages to this comfortable, state-of-the-art facility, open Monday through Saturday from 5:00 a.m. to 7:00 p.m.  The latest technology combined with a caring and dedicated staff provides patients with the best in renal care.  This preeminent level of care is consistent with what patients have come to expect from Alaris Member Health Centers. The Dialysis treatment center includes relaxing recliners, cable television and free Wi-Fi to keep patients connected with friends or the office.

- We make treatments more tolerable by providing comfortable recliner seating, satellite television, and Wi-Fi to help pass the time.
- Our renal care experts are fluent in both English and Spanish so patients can feel comfortable expressing their needs and concerns.
- We customize hemodialysis treatment for each patient, using state of the art Fresenius K machines and AMI computers in our 21 Hemodialysis stations.
- Our sunny and bright facility provides a pleasant atmosphere

## The Assisted Living

Alaris Health at The Atrium features compassionate and experienced nurses on premises for 16 hours a day with an available registered nurse 24 hours a day, 7 days a week. The continuity of care offered by the caring and dedicated staff at Alaris Health at The Atrium provides families with the comfort that their loved ones are safe and under the constant supervision of professionals should the need ever arise.

Alaris Health at The Atrium also offers a variety of medical services, including wound care, pain management, diabetic care, and psychological care with an emphasis on Alzheimer and Dementia patients.

•16 distinctive suites and studio layouts to choose from
•Magnificent dining room and dramatic five story glass-enclosed atrium
•Library with fireplace
•Sun parlors on every floor
•Outdoor terraces
•Activity rooms and lounge areas on every floor
•Specialized, secure Alzheimer's unit.

Our residents enjoy:

•Three meals a day – restaurant style/selective menu
•Snacks
•Medication monitoring and counseling
•Weekly housekeeping services
•Recreational programs
•Educational programs
•Wellness programs
•24-hour state-of-the-art monitored emergency response system
•Scheduled personal shopping





Sign-up for newsletter



Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

**Switch To Mobile Version**

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

**EXHIBIT 8**



To Schedule a Tour, Please Call
📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Belgrove

Founded on a tradition of health care excellence, **Alaris Health at Belgrove** brings a unique combination of the highest quality of health care services and technological innovation.  Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in historic Kearny, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at Belgrove is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs.

### Short-Term Post Hospital Rehabilitation

## Long Term Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about Alaris Health at Belgrove, our exceptional capabilities, valuable services and unique environment for care. Simply call **973.844.4800** to speak with a representative and schedule a private tour at your convenience.



**Check out some of the great events we recently hosted here.**

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatBelgroveKearny**

*Alaris Health at Belgrove is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Belgrove are provided solely by Alaris Health at Belgrove.*



## Address

195 Belgrove Drive
Kearny, NJ 07032

Phone: (973) 844-4800
Fax: (973) 844-4899
Yosef Wulliger, Administrator



**Alaris Health at Belgrove**
on Google+

## Get Directions



## Testimonials



**Posted By: Jenny E.**, *January 28, 2015*

The staff are all friendly and on point with information. Highly recommended!!

## Upcoming Events

No future event available.

View all events »




Sign-up for newsletter

email address    Go

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Search    Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us ·
Employee Login

Switch To Mobile Version

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

# EXHIBIT 9



To Schedule a Tour, Please Call
📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Boulevard East

Founded on a tradition of health care excellence, **Alaris Health at Boulevard East** brings a unique combination of the highest quality of health care services and technological innovation. Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in historic Guttenberg, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at Boulevard East is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs.

### Short-Term Post Hospital Rehabilitation

## Long Term Care

## Behavioral Health Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about Alaris Health at Boulevard East, our exceptional capabilities, valuable services and unique environment for care. Simply call **201.868.3600** to speak with a representative and schedule a private tour at your convenience.

**Check out some of the great events we recently hosted [here](#).**

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatBoulevardEastGuttenberg**

*Alaris Health at Boulevard East is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Boulevard East are provided solely by Alaris Health at Boulevard East.*



## Address

6819 Boulevard East
Guttenberg, NJ 07093

Phone: (201) 868-3600
Fax: (201) 868-3013
Lesley Vodofsky, Administrator



**Alaris Health at Boulevard East**
on Google+

## Get Directions



## Testimonials

★★★★☆

**Posted By: Mercedes,** *February 27, 2015*

Me siento comoda con el servicio que recibe mi papa. Pero siempre existe el problema de la ropa que se pierden

## Upcoming Events

No future event available.

View all events »




Sign-up for newsletter

 Go
Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

 Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

**Switch To Mobile Version**

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

**EXHIBIT 10**



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Castle Hill

Founded on a tradition of health care excellence, **Alaris Health at Castle Hill** brings a unique combination of the highest quality of health care services and technological innovation.  Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in Union City, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at Castle Hill is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs.

### Short-Term Post Hospital Rehabilitation

## Long Term Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about Alaris Health at Castle Hill, our exceptional capabilities, valuable services and unique environment for care. Simply call **201.348.0818** to speak with a representative and schedule a private tour at your convenience.

**Check out some of the great events we recently hosted here.**

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatCastleHillUnionCity**

*Alaris Health at Castle Hill is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Castle Hill are provided solely by Alaris Health at Castle Hill.*



## Address

615 23rd Street
Union City, NJ 07087

Phone: (201) 348-0818
Fax: (201) 348-0783
Rebecca Resh, Administrator



**Alaris Health at Castle Hill**
on Google+

## Get Directions



## Testimonials



**Posted By: Patricia O.,** *February 18, 2015*

My stay at Castle Hill was great! All the staff was very professional and I would stay
there if I needed to. The therapy was so helpful and they were great to work with.
Nursing was so kind and caring that I always felt secure. It was really hard to leave!
Thank to you all.

## Upcoming Events

No future event available.

View all events »





Sign-up for newsletter

email address                    Go

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Search                    Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us ·
Employee Login

**Switch To Mobile Version**

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member
Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to
receive non-health care related services. All health care related services are provided solely by each independently owned and operated
Member Health Center.

# EXHIBIT 11

Case 2:18-cv-09801   Document 1   Filed 05/29/18   Page 84 of 101 PageID: 84



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Cedar Grove

Founded on a tradition of health care excellence, **Alaris Health at Cedar Grove** brings a unique combination of the highest quality of health care services and technological innovation.  Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in Cedar Grove, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at Cedar Grove is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs:

### Short-Term Post Hospital Rehabilitation

## Long Term Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about Alaris Health at Cedar Grove, our exceptional capabilities, valuable services and unique environment for care. Simply call **973.571.6600** to speak with a representative and schedule a private tour at your convenience.



**Check out some of the great events we recently hosted here.**

**Check out more great pictures, events and info on our Google+ page!**

*Alaris Health at Cedar Grove is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Cedar Grove are provided solely by Alaris Health at Cedar Grove.*



## Address

110 Grove Avenue
Cedar Grove, NJ 07009

Phone: (973) 571-6600
Fax: (973) 571-6618
Grace Reyes, Administrator



**Alaris Health at Cedar Grove**
on Google+

## Get Directions



## Testimonials

★★★★★
**Posted By: Tina R Mcduffie**, *January 14, 2013*

I am writing this on behalf of my father, who resided at Alaris Health At Cedar Grove for a little over 3 months while rehabilitating after surgery this spring. We would both like to express our sincere appreciation for the efforts of the staff who were compassionate and attentive

I'm sure you know, to a large degree, an individual's ability to recover is dependent upon their emotional state. Alaris Health At Cedar Grove did a great job of addressing this through a variety of therapeutic, recreational and social activities. My father, who is not a "joiner", participated minimally in these activities. However, it was the regular interactions with the staff that provided the extra support he needed to get him through the rough patches during his recovery and rehab.

Thank you!
TM

## Upcoming Events

No future event available.

View all events »

   

Sign-up for newsletter

email address   Go

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Search   Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us ·
Employee Login

## Switch To Mobile Version

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

# EXHIBIT 12



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Essex

Founded on a tradition of health care excellence, **Alaris Health at Essex** brings a unique combination of the highest quality of health care services and technological innovation.  Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in Irvington, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at Essex is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs:

### Short-Term Post Hospital Rehabilitation

**Long Term Care**

**Complex Clinical Care**

**Ventilator Care**



**Check out some of the great events we recently hosted here.**

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatEssexIrvington**

**Be our guest**
We cordially invite you to learn more about Alaris Health at Essex, our exceptional capabilities, valuable services and unique environment for care. Simply call **973.371.7878** to speak with a representative and schedule a private tour at your convenience.



**Click here to view pictures from our past events**

*Alaris Health at Essex is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Essex are provided solely by Alaris Health at Essex.*



## Address

155 40th Street
Irvington, NJ 07111

Phone: (973) 371-7878
Fax: (973) 371-4081
Anna Burke, Administrator



**Alaris Health at Essex**
on Google+

## Get Directions



## Testimonials

★★★★☆
**Posted By: Ollis D.,** *March 13, 2015*

I thought the staff was very courteous and professional. They responded fairly rapidly to any concerns I had.

## Upcoming Events

No future event available.

View all events »




Sign-up for newsletter

| email address | Go |

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

| Search | Go |

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

### Switch To Mobile Version

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

**EXHIBIT 13**



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at Hamilton Park

Founded on a tradition of health care excellence, **Alaris Health at Hamilton Park** brings a unique combination of the highest quality of health care services and technological innovation. Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well-appointed facility, located in Jersey City, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services** Alaris Health at Hamilton Park is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs.

## Short-Term Post Hospital Rehabilitation

## Long Term Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about **Alaris Health at Hamilton Park**, our exceptional capabilities, valuable services and unique environment for care. Simply call 201-653-8800 to speak with a representative and schedule a private tour at your convenience.

<**Check out some of the great events we recently hosted here**.

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatHamiltonParkJerseyCity**

*Alaris Health at Hamilton Park is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at Hamilton Park are provided solely by Alaris Health at Hamilton Park.*



## Address

525 Monmouth St.
Jersey City, NJ 07302

Phone: (201) 653-8800
Fax: (201) 239-8502
Kevin Woodard, Administrator



**Alaris Health at Hamilton Park**
on Google+

## Get Directions



## Testimonials

⭐⭐⭐⭐⭐
**Posted By: Dawn De Lorenzo,** *April 18, 2016*

My name is Dawn and my mother is a resident at Alaris Health at Hamilton Park in Jersey City, her name is Theresa De Lorenzo. I try to get to see my mom every single weekend sometimes both sat and sun. My mom has been a resident there since Nov 2015. I work for the Health dept for Hoboken, and as such i deal with the public daily and it is my contention that most ppl who are happy when leaving my office never feel the need to compliment our excellent service it is only the people who do not get what that want who complain. Having said that it is with this letter that i wish to compliment your staff. There has not been one day ever where i have ever seen ANY worker; nurse, nurses asst, nurses aid, maintenance etc. treat any resident there with anything other than kindness and love and respect. It is SOOOO moving to me to see this as i know there are patients who need 24/7 care including but not limited to feeding, diaper changes, sheets changed and everytime the people performing services are so kind its is humbling to me. Even the woman who spins the balls at bingo; with her own money buys little gifts to give as prizes. One of the nurses actually cooked home made food to give to the residents. I have been through a lot in my life and i have seen the worst of suffering and the best of human spirit but i must say i was even moved by the kindness and care given by every worker at Alaris Health at Hamilton Park i've encountered especially the nurses and the aides. It is humbling to say the least but inspiring at the same time. Also, i would like to give a compliment to Kelly as well; she helped me get my mom in the center and answered everyone of my annoying questions until the process was complete. Even after my mom was officially a resident when something needed to be addressed to make my mother's stay more comfortable kelly immediately made a phone call and got the job done. Beyond her excellent organizational skills, it is her very nice way; her politeness and her patience and her willingness to make the residents well being important therefore the family at ease. I cannot reiternate enough how much i enjoy going to the Nursing Home to see my mom, to see the other residents i have made frients with and the staff as well. It has made the transition so much easier than i could have imagined. it has been an adjustment for my mom and was a painful decision for me to put her there but i feel she is getting better care than i could have hoped for; when she was living alone she was just losing herself, at Alaris Health at Hamilton Park i feel she will have a longer life and a happier and healthier one. One last thing, i have volunteered in homeless shelters, i've delt with immediately family members suffering from cancer, but to see so many really really debilitated people is very very sad to me. I don't think people really know how people in nursing homes are so ridden with disabilities and as god as my withness your staff has shown me the true spirit of love; to give of one's self without condition.

Kind Regards,
Dawn De Lorenzo

## Upcoming Events

No future event available.

View all events »





Sign-up for newsletter



Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

**Switch To Mobile Version**

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.

# EXHIBIT 14

Case 2:18-cv-09801    Document 1    Filed 05/29/18    Page 99 of 101 PageID: 99



To Schedule a Tour, Please Call

📞 1.855.7.ALARIS

- Home
- About»
- Services»
- Member Health Centers
- Making Informed Decisions»
- News & Events»
- Careers»
- Contact Us



## Alaris Health at HarborView

Founded on a tradition of health care excellence, **Alaris Health at Harborview** brings a unique combination of the highest quality of health care services and technological innovation.  Our experienced, dedicated and compassionate facility staff ensures that the needs of each and every resident are satisfied, with each resident treated as a member of the Alaris family.

Our well appointed facility, located in Jersey City, New Jersey, offers a warm, supportive and uplifting environment for post-hospitalization short-term rehabilitation patients and long-term residents alike.

**Our Services**
Alaris Health at HarborView is truly a place for healing, hope and renewal, as reflected by our broad range of services and programs.

### Short-Term Post Hospital Rehabilitation

## Long Term Care

## Complex Clinical Care

**Be our guest**

We cordially invite you to learn more about Alaris Health at HarborView, our exceptional capabilities, valuable services and unique environment for care. Simply call **201.963.1800** to speak with a representative and schedule a private tour at your convenience.

**Check out some of the great events we recently [here](#).**

**Check out more great pictures, events and info on our Google+ Page:**
**https://plus.google.com/+AlarisHealthatHarborViewJerseyCity**

*Alaris Health at HarborView is an independently owned and operated entity that is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services provided by Alaris Health at HarborView are provided solely by Alaris Health at HarborView.*



## Address

178 – 198 Ogden Avenue
Jersey City, NJ 07306

Phone: (201) 963-1800
Fax: (201) 963-0018
Paula Burroughs, Administrator



**Alaris Health at HarborView**
on Google+

## Get Directions



## Upcoming Events

No future event available.

View all events »





Sign-up for newsletter

  Go

Please input a valid email address.

You have subscribed to AlarisHealth newsletter.

Please wait for the confirmation email and then approve.

Search  Go

Home · About Alaris · Services · Member Health Centers · News · Events · Careers · Contact Us · Employee Login

**Switch To Mobile Version**

© COPYRIGHT 2018 Alaris Health | Alaris Health provides non-healthcare services to a group of independently owned and operated Member Health Centers. Each independently owned and operated Member Health Center is licensed to use the Alaris Health name as well as to receive non-health care related services. All health care related services are provided solely by each independently owned and operated Member Health Center.